**FILED**

SEP 09 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:      (315) 422-9331
LWOODARD@HARRISBEACH.COM

September 7, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

Re:   Vitanna Transportation Services, Inc. - Case No. 06-34398

Dear Clerk:

Enclosed please find a check in the amount of $726.72 for the benefit of KB Transport, Inc., which represents their pro-rated share of dividends payable in the above case.

Please be advised that the address of KB Transport, Inc. is P.O. Box 20408, Rochester, NY 14602-0408.

Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard

LEW/ca
Enc.

**RECEIVED**

SEP 09 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY