**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

FILED
SEP 09 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

September 7, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

    Re:    <u>Vitanna Transportation Services, Inc. - Case No. 06-34398</u>

Dear Clerk:

    Enclosed please find a check in the amount of $580.87 for the benefit of CLO Transport Company, which represents their pro-rated share of dividends payable in the above case.

    Please be advised that the address of CLO Transport Company is 328 Howard Road, Youngstown, NY 14174.

    Sincerely,

    HARRIS BEACH PLLC

    Lee E. Woodard

LEW/ca
Enc.

RECEIVED
SEP - 9 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

RECEIVED
SEP - 9 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY