# HARRIS BEACH PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:      (315) 422-9331
LWOODARD@HARRISBEACH.COM

September 7, 2010

**FILED**

**SEP 09 2010**

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

    Re:    <u>Vitanna Transportation Services, Inc. - Case No. 06-34398</u>

Dear Clerk:

    Enclosed please find a check in the amount of $221.15 for the benefit of Pach Trucking, Inc., which represents their pro-rated share of dividends payable in the above case.

    Please be advised that the address of Pach Trucking is 306 24th Street, Union City, NJ 07087.

    Sincerely,

HARRIS BEACH PLLC

*Lee E. Woodard*

Lee E. Woodard

LEW/ca
Enc.

**RECEIVED**

SEP 09 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY