**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

**LEE E. WOODARD**

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

FILED

SEP 09 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

September 7, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

    Re:    Vitanna Transportation Services, Inc. - Case No. 06-34398

Dear Clerk:

    Enclosed please find a check in the amount of $166.32 for the benefit of T-Line Service Ltd., which represents their pro-rated share of dividends payable in the above case.

    Please be advised that the address of T-Line Service Limited is 7202 Northern Blvd., East Syracuse, NY 13057.

                                Sincerely,

                                HARRIS BEACH PLLC

                                Lee E. Woodard /ca

                                Lee E. Woodard

LEW/ca
Enc.

RECEIVED

SEP 09 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY