**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

September 7, 2010

**FILED**

SEP 09 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

Re:    Vitanna Transportation Services, Inc. - Case No. 06-34398

Dear Clerk:

Ck Rec'd 9/9/10 LF

Enclosed please find a check in the amount of $316.98 for the benefit of Biscontini Dist. Centers, which represents their pro-rated share of dividends payable in the above case.

Please be advised that the address of Biscontini Dist. Centers is 210 Division St., P.O. Box 1857, Kingston, PA 18704.

Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard

LEW/ca
Enc.

**RECEIVED**

SEP 09 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY