**HARRIS BEACH** PLLC

ATTORNEYS AT LAW



FILED

SEP 09 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

**LEE E. WOODARD**

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

September 7, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

      Re:    <u>Vitanna Transportation Services, Inc. - Case No. 06-34398</u>

Dear Clerk:

    Enclosed please find a check in the amount of $32.25 for the benefit of Leduc Transportation, Inc., which represents their pro-rated share of dividends payable in the above case.

    Please be advised that the address of Leduc Transportation, Inc., 45 Horton Heights, P.O. Box 6251, Wolcott, CT 06176.

        Sincerely,

        HARRIS BEACH PLLC

        Lee E. Woodard

LEW/ca
Enc.

RECEIVED

SEP 09 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY