# HARRIS BEACH ᴾᴸᴸᶜ
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

September 7, 2010

**FILED**
**SEP 09 2010**
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

Re:    Vitanna Transportation Services, Inc. - Case No. 06-34398

Dear Clerk:

Rec'd 9/9/10

Enclosed please find a check in the amount of $29.95 for the benefit of Torretti Transportation, which represents their pro-rated share of dividends payable in the above case.

Please be advised that the address of Torretti Transportation is RD2, Box 394, Punxsutawney, PA 15767.

Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard  /ca

LEW/ca
Enc.

**RECEIVED**

SEP 09 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY