# HARRIS BEACH PLLC

ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

**FILED**

**SEP 09 2010**

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

September 7, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY  13261-7008

      Re:    <u>Vitanna Transportation Services, Inc. - Case No. 06-34398</u>

Dear Clerk:

      Enclosed please find a check in the amount of $73.72 for the benefit of Hoosier, which represents their pro-rated share of dividends payable in the above case.

      Please be advised that the address of Hoosier is 1777 S. Belmont Avenue, Indianapolis, IN  46221.

      Sincerely,

      HARRIS BEACH PLLC

      Lee E. Woodard

LEW/ca
Enc.

**RECEIVED**

**SEP 09 2010**

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY