**HARRIS BEACH** PLLC

ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

**LEE E. WOODARD**

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

September 7, 2010

*FILED*

*SEP 09 2010*

*OFFICE OF THE BANKRUPTCY CLERK*
*SYRACUSE, NY*

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

Re:    Vitanna Transportation Services, Inc. - Case No. 06-34398

Dear Clerk:

*ck Rec'd*
*9/9/10 LF*

    Enclosed please find a check in the amount of $50.6? for the benefit of R.B. Carriers, Inc., which represents their pro-rated share of dividends payable in the above case.

    Please be advised that the address of R.B. Carriers, Inc. is P.O. Box 942, 2822 Sable Mill Road, Jeffersonville, IN 47130.

**RECEIVED**

SEP 09 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

Sincerely,

HARRIS BEACH PLLC

*Lee E. Woodard* /ca

Lee E. Woodard

LEW/ca
Enc.