# HARRIS BEACH PLLC
### ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

**LEE E. WOODARD**

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

September 13, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY  13261-7008

    Re:    <u>Vitanna Transportation Services, Inc. - Case No. 06-34398</u>

Dear Clerk:

    Enclosed please find a check in the amount of $73.72 for the benefit of Hocking Cartage, Inc., which represents their pro-rated share of dividends payable in the above case.

    Please be advised that the address of Hocking Cartage is P.O. Box 998, Logan, OH 43138.

Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard

LEW/ca
Enc.

**RECEIVED**
SEP 15 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY