**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

September 20, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

    Re:   Vitanna Transportation Services, Inc. - Case No. 06-34398

Dear Clerk:

    Enclosed please find a check in the amount of $66.34 for the benefit of Four Star Transportation, which represents their pro-rated share of dividends payable in the above case.

    Please be advised that the address of Four Star Transportation is P.O. Box 1444, Indianapolis, IN 46206-1444.

Sincerely,

HARRIS BEACH PLLC

*Lee E. Woodard /ca*

Lee E. Woodard

**RECEIVED**

SEP 21 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

LEW/ca
Enc.