# HARRIS BEACH PLLC
### ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:   (315) 422-9331
LWOODARD@HARRISBEACH.COM

September 20, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY  13261-7008

    Re:    <u>Vitanna Transportation Services, Inc. - Case No. 06-34398</u>

Dear Clerk:

    Enclosed please find a check in the amount of $46.07 for the benefit of Canada US TK LN, which represents their pro-rated share of dividends payable in the above case.

    Please be advised that the address of Canada US TK LN is 9125 Pascal Gagon, Suite 209, St. Leonard, PQ Canada H1P-124.

    Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard

LEW/ca
Enc.

**RECEIVED**

SEP 21 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY