# HARRIS BEACH PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

**RECEIVED**

SEP 21 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

September 20, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

Re:    Vitanna Transportation Services, Inc. - Case No. 06-34398

Dear Clerk:

Enclosed please find a check in the amount of $41.47 for the benefit of MLC Dedicated, Inc., which represents their pro-rated share of dividends payable in the above case.

Please be advised that the address of MLC Dedicated, Inc. is 175 E. Hawthorn Parkway, Suite 235, Vernon Hills, IL 60061.

Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard

LEW/ca
Enc.