# HARRIS BEACH PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX: (315) 422-9331
LWOODARD@HARRISBEACH.COM

November 22, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

Re:   Vitanna Transportation Services, Inc. - Case No. 06-34398

Dear Clerk:

Enclosed please find a check in the amount of $41.46 for the benefit of Ag-Tex Commodities, which represents their pro-rated share of dividends payable in the above case.

Please be advised that the address of Ag-Tex Commodities is 409 Industrial, Robstown, TX 78380.

Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard

LEW/ca
Enc.

RECEIVED
NOV 24 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

# 51100075 - DG
**COPY**
November 24, 2010
12:18:36

TREA REG
06-34398

Debtor.: VITANNA TRANSPORTATION SERVICE
Judge..: MARGARET CANGILOS-RUIZ
Trustee: Lee Woodard, Esq.
Amount.: $41.46 CH
Check#.: 10375

Total--> $41.46

FROM: LEE E. WOODARD, ESQ.
300 SOUTH STATE STREET
SUITE 400
SYRACUSE, NEW YORK 13202

2010 NOV 24 PM 12:24
CLERK OF THE BANKRUPTCY COURT
N.D. OF NY
SYRACUSE

FILED