# HARRIS BEACH PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX: (315) 422-9331
LWOODARD@HARRISBEACH.COM

November 22, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

     Re:    Vitanna Transportation Services, Inc. - Case No. 06-34398

Dear Clerk:

Enclosed please find a check in the amount of $42.85 for the benefit of Akin Barnes Trucking, Inc., which represents their pro-rated share of dividends payable in the above case.

Please be advised that the address of Akin Barnes Trucking, Inc. is 725 Industrial Road, P.O. Box 146, Halls, TN 38040.

Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard

LEW/ca
Enc.

RECEIVED
NOV 24 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

2010 NOV 24 PM 12:24
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
SYRACUSE
FILED