**HARRIS BEACH** PLLC

ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:      (315) 422-9331
LWOODARD@HARRISBEACH.COM

November 22, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

Re:   <u>Vitanna Transportation Services, Inc. - Case No. 06-34398</u>

Dear Clerk:

Enclosed please find a check in the amount of $64.50 for the benefit of Starkweather Freight Lines, which represents their pro-rated share of dividends payable in the above case.

Please be advised that the address of Starkweather Freight Lines is P.O. Box 31, 3808 Oak Orchard Road, Albion, NY 14411.

*pd 64.50*
*11/24/10*

RECEIVED

NOV 2 4 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

Sincerely,

HARRIS BEACH PLLC

*Lee E. Woodard/ca*

Lee E. Woodard

LEW/ca
Enc.

UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

# 51100073 - DG
**C O P Y**
November 24, 2010
12:15:46

TREA REG
06-34398

or.: VITANNA TRANSPORTATION SERVICE
e.: MARGARET CANGILOS-RUIZ
tee: Lee Woodard, Esq.
nt.:
ck#.: 10373                $64.50 CH

tal->  $64.50

: LEE E. WOODARD, ESQ.
  300 SOUTH STATE STREET
  SUITE 400
  SYRACUSE, NEW YORK 13202

2010 NOV 24  PM 12: 24

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
SYRACUSE

FILED