# HARRIS BEACH PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX: (315) 422-9331
LWOODARD@HARRISBEACH.COM

November 22, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

    Re:    <u>Vitanna Transportation Services, Inc. - Case No. 06-34398</u>

Dear Clerk:

Enclosed please find a check in the amount of $99.06 for the benefit of R. Fenical Trucking, which represents their pro-rated share of dividends payable in the above case.

Please be advised that the address of R. Fenical Trucking is 349 Maple Ave., New Hampton, NV 10958.

RECEIVED
NOV 24 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard

LEW/ca
Enc.

---

# 5110072 DG
**COPY**
November 24, 2010
12:14:03

UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

TREA REG
06-34398

Debtor.: VITANNA TRANSPORTATION SERVICE
Judge..: MARGARET CANGILOS-RUIZ
Trustee: Lee Woodard, Esq.
Amount.: $99.06 CH
Check#.: 10371

Total-> $99.06

FROM: LEE E. WOODARD, ESQ.
300 SOUTH STATE STREET
SUITE 400
SYRACUSE, NEW YORK 13202

2010 NOV 24 PM 12:24
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
SYRACUSE

FILED