# HARRIS BEACH PLLC
## ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

**LEE E. WOODARD**

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

November 22, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

Re:    <u>Vitanna Transportation Services, Inc. - Case No. 06-34398</u>

Dear Clerk:

Enclosed please find a check in the amount of $135.05 for the benefit of Texas Freight, which represents their pro-rated share of dividends payable in the above case.

Please be advised that the address of Texas Freight is 24055 Perkins Road, Porter, TX 77365.

*RECEIVED*
*NOV 24 2010*
*OFFICE OF THE BANKRUPTCY CLERK*
*SYRACUSE, NY*

Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard

LEW/ca
Enc.

*pd 135.05*
*11/24/10*

*2010 NOV 24 PM 12:24*
*CLERK OF THE BANKRUPTCY COURT*
*N.D. OF NY*
*SYRACUSE*
*FILED*

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

# 5110007 1    DG
** COPY **
November 24, 2010
12:12:39

TREA REG
06-34398

Debtor.: VITANNA TRANSPORTATION SERVICE
Judge..: MARGARET CANGILOS-RUIZ
Trustee: Lee Woodard, Esq.
Amount.:    $135.05 CH
Check#.: 10374

From: LEE E. WOODARD, ESQ.
300 SOUTH STATE STREET
SUITE 400
SYRACUSE, NEW YORK 13202

Total ->    $135.05