# HARRIS BEACH PLLC
## ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

**LEE E. WOODARD**

FAX:     (315) 422-9331
LWOODARD@HARRISBEACH.COM

November 22, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

Re:    Vitanna Transportation Services, Inc. - Case No. 06-34398

Dear Clerk:

Enclosed please find a check in the amount of $169.61 for the benefit of Clarence Mall Properties, which represents their pro-rated share of dividends payable in the above case.

Please be advised that the address of Clarence Mall Properties is c/o Brookhill Management Corp., 501 Madison Avenue, New York, NY 10022.

Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard /ca

LEW/ca
Enc.

RECEIVED
NOV 24 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

2010 NOV 24 PM 12: 23
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
SYRACUSE

FILED

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION
# 51100070 DG
* COPY *
November 24, 2010
12:11:05

TREA REG
06-34398

Debtor.: VITANNA TRANSPORTATION SERVICE
Judge..: MARGARET CANGILOS-RUIZ
Trustee: Lee Woodard, Esq.                $169.61 CH
Amount.:
Check#.: 10376

Total -> $169.61

FROM: LEE E. WOODARD, ESQ.
300 SOUTH STATE STREET
SUITE 400
SYRACUSE, NEW YORK 13202