# HARRIS BEACH PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

November 22, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

Re:    Vitanna Transportation Services, Inc. - Case No. 06-34398

Dear Clerk:

Enclosed please find a check in the amount of $209.63 for the benefit of MDS, which represents their pro-rated share of dividends payable in the above case.

Please be advised that the address of MDS is Route 2, P.O. Box 145T, Martinsburg, WV 25401.

Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard

RECEIVED
NOV 24 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

LEW/ca
Enc.

FILED
2010 NOV 24 PM 12:23
CLERK OF THE BANKRUPTCY COURT
N.D. OF NY
SYRACUSE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

5110069 - DG
*COPY*
November 24, 2010
12:09:01

TREA REG
06-34398
VITANNA TRANSPORTATION SERVICE
MARGARET CANGILOS-RUIZ
Payee: Lee Woodard, Esq.    $209.63 CH
Account #: 10369

Total -> $209.63

M: LEE E. WOODARD, ESQ.
300 SOUTH STATE STREET
SUITE 400
SYRACUSE, NEW YORK 13202